```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF GEORGIA
          ATHENS DIVISION
```

STERLING T. FULLER,              *

    Plaintiff,                *

vs.                              *
                                 CASE NO. 3:07-CV-95 (CDL)
IRA EDWARDS, et al.,             *

    Defendants.               *

                               *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on October 31, 2007 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 19th day of February, 2008.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE